RECEIVED

NOV 2 3 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-CR-00307 |
|---|---|---|
| VS. | * | JUDGE DRELL |
| DAVID MATTHIS | * | MAGISTRATE JUDGE KIRK |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
29 U.S.C. § 501(c)

Between in or about August 2006 and in or about October 2007, the exact dates being unknown, in the Western District of Louisiana, the defendant, David Matthis, while Secretary-Treasurer of the American Postal Workers Union, Local 205, in Alexandria, Louisiana, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $5,472.61, in violation of Title 29, United States Code, Section 501(c).

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

BY: _____
Robin S. McCoy (La. Bar No. 30042)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068